UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHAEL MILES**, | ) |
| Plaintiff, | ) Case No. 1:15-cv-12973-TLL-PTM |
| v. | ) |
| **LA SENORITA-GAYLORD, INC.**, a Michigan Corporation, | ) Judge: Thomas L. Ludington |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

Accordingly, it is **ORDERED** that this matter is **DISMISSED with prejudice**. This is a final order and closes the case.

Dated: December 3, 2015        s/Thomas L. Ludington
                                THOMAS L. LUDINGTON
                                United States District Judge

Agreed as to form and content.

*/s/ Owen B. Dunn, Jr.*            */s/ John M. Freel*
Owen B. Dunn, Jr.                  John M. Freel
Counsel for Plaintiff              Counsel for Defendant

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 3, 2015.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager